BRETT L. TOLMAN, United States Attorney (#8821)
TIMOTHY B. BARNES, Special Assistant United States Attorney (#9664)
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2009 MAY 13 P 2: 28

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | VIO. 18 U.S.C. § 922(g)(1), POSSESSION OF AMMUNITION BY A CONVICTED FELON; |
| vs. | |
| STEPHEN LAWRENCE DEAN, | |
| Defendant. | Case: 2:09-cr-00285<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 5/13/2009<br>Description: USA v. |

The Grand Jury Charges:

COUNT I
(18 U.S.C. § 922(g)(1))

On or about March 3, 2009, in the Central Division of the District of Utah,

STEPHEN LAWRENCE DEAN,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce,

ammunition for a firearm to wit: Federal brand .22 caliber ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of the offense in Count I, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to the ammunition listed in Count I.

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

TIMOTHY B. BARNES
Special Assistant United States Attorney