CARLIE CHRISTENSEN, Acting United States Attorney (#633)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
185 South State Street, Suite 300, Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STEPHEN LAWRENCE DEAN,<br><br>　　　　Defendant. | Case:  2:09CR00285 DAK<br><br>MOTION FOR EVIDENTIARY RULING PURSUANT TO RULE 32.2 AND ENTRY OF ORDER OF FORFEITURE<br><br>JUDGE Dale A. Kimball |
|---|---|

　　The United States of America has sought forfeiture of certain property in the above captioned case hereby moves the Court for an Evidentiary Ruling pursuant to Federal Rules of Criminal Procedure Rule 32.2 (b)(1) and for an Order of Forfeiture which states:

　　"An Order of Forfeiture must be entered as soon as practable after a verdict or finding of guilty, or after a plea of guilty or nolo contendere is accepted..."

　　Plaintiff has established the requisite nexus between the property and the offense through evidence provided in this action.  Stephen Lawrence Dean has verified through his Statement in Advance of Plea that the Federal Brand .22 caliber Ammunition was used in the commission and to facilitate the violation of 18

U.S.C. § 922(g)(1).

The government having established the nexus between the property and the offense now moves the Court to enter an Evidentiary Ruling for Order of Forfeiture pursuant to Fed. R. Crim. P. Rule 32.2 (b)(2).

A Memorandum in Support of this Motion is submitted herewith.

DATED this 3rd day of June, 2010.

                                            CARLIE CHRISTENSEN
                                            Acting United States Attorney

                                            /s/ Cy H. Castle
                                            CY H. CASTLE
                                            Assistant United States Attorney