CARLIE CHRISTENSEN, Acting United States Attorney (#633)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
185 South State Street, Suite 300, Salt Lake City, Utah 84111
Telephone:  (801) 524-5682 • Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case:  2:09CR00285 DAK |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM IN SUPPORT OF MOTION FOR EVIDENTIARY RULING PURSUANT TO RULE 32.2 AND ORDER OF FORFEITURE |
| STEPHEN LAWRENCE DEAN, | |
| Defendant. | JUDGE Dale A. Kimball |

    The United States of America has sought forfeiture of certain property in the above captioned case and has moved the Court for an Evidentiary Ruling for Order of Forfeiture.  The reasons for this Motion are set forth below.

    On May 13, 2009, a federal grand jury sitting in the District of Utah, returned an Indictment charging Stephen Lawrence Dean with violation of possession of ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1).

    Stephen Lawrence Dean pled guilty to Count 1 of the Indictment as indicated on his Statement in Advance of Plea Agreement.  In the plea agreement, Stephen Lawrence Dean, a previously convicted felon, agrees that he was in possession of

the Federal Brand .22 caliber Ammunition which is in violation of 18 U.S.C. § 922(g)(1).

Rule 32.2 (b)(1) of the Federal Rules of Criminal Procedure states:

"An Order of Forfeiture must be entered as soon as practable after a verdict or finding of guilty, or after a plea of guilty or nolo contendere is accepted....  The Court's determination may be based on evidence already in the record, including any written plea agreement..."

Plaintiff has established the requisite nexus between the property and the offense through evidence provided in this action.  Stephen Lawrence Dean has verified through his Statement in Advance of Plea that the property was used in the commission and to facilitate the violation of 18 U.S.C. § 922(g)(1).  Title 18 U.S.C. § 924(d)(1) states, "[a]ny firearm or ammunition...involved in or used in any knowing violation of subsection...(g)...of section 922,... where such intent is demonstrated by clear and convincing evidence, shall be subject to seizure and forfeiture..."

//


//


//

WHEREFORE, the United States respectfully requests that this Court make an Evidentiary Ruling that the Federal Brand .22 caliber Ammunition is forfeitable and enter an Order of Forfeiture pursuant to Rule 32.2 (b)(2) of the Federal Rules of Criminal Procedure.

DATED this 3rd day of June, 2010.

                                        CARLIE CHRISTENSEN
                                      Acting United States Attorney

                                      /s/ Cy H. Castle
                                      CY H. CASTLE
                                      Assistant United States Attorney