DATE: November 3, 2010          Registered Mail Number: RE 515 555 328 US

LODGED

U.S. DISTRICT COURT

2010 NOV -8 P 6: 00

DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

**To:** Dale A. Kimball

    c/o UNITED STATES DISTRICT COURT, UTAH

    350 South Main Street

    Salt Lake City, Utah  84101

**From:** Stephen Lawrence Dean

    c/o PO Box 7

    Spring City, Utah 84662

# NOTICE OF CERTIFICATE OF NON-RESPONSE AND JUDGMENT

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

RE: alleged case number 2 : 09CR285
Attached: Certificate of Non-Response

Dear Dale A. Kimball:

You have failed to respond to the Affidavit of Truth sent Registered Mail number **RE 515 555 331 US** in the timeframe designated and as such, I sincerely want to thank you for your agreement with the final judgment and decree as outlined in the Affidavit of Truth and evidenced by the attached Certificate of Non-Response. Please ensure that if any necessary or required paperwork is needed by THE UNITED STATES DISTRICT COURT, UTAH Corporation that it is distributed properly to reflect this final judgment. Please ensure that all entities are properly noticed of this as well, including **any and all** law enforcement corporations and their agents or officials. Please ensure that those same entities are fully aware that **any** actions of involuntary arrest or incarceration will be a direct violation of this judgment and the following penalty **will** be imposed, a $1,000,000 (one million) US dollar sum certain will be assessed jointly and severally for each violation of this judgment. US Dollar will be defined, for the purposes of this Notice as, a One Ounce Silver coin of 99.999% pure silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar). May you be profoundly blessed.

**Maxims:**
All men and women know that the foundation of law and commerce exists in the telling of the truth, the

whole truth, and nothing but the truth.

**Truth as a valid statement of reality is sovereign in commerce.**

**An unrebutted affidavit stands as truth in commerce.**

**An unrebutted affidavit is acted upon as the judgment in commerce.**

Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit.

Final Decree and judgment as outlined in the Affidavit of Truth:

**Through Divine Law, it is hereby decreed and ordered that the alleged case number 2 : 09CR285 of the UNITED STATES DISTRICT COURT, UTAH Corporation be settled, satisfied and closed permanently and the agreed sentence will be completed as a private matter between Stephen Lawrence Dean and the Supreme Authority, Almighty Creator.**

**It has been said, so it is done on Earth under God**

**This letter constitutes constructive notice to the recipient.**

Dated this 5TH day of November, 2010.

By: _Stephen Lawrence D._

Stephen Lawrence Dean, all rights preserved by God

| _____ | 11-5-2010 |
|---|---|
| First (Witness Autograph Signature) Middle Last | Date |
| Kathleen H. Hinckley | 11-5-2010 |
| First (Witness Autograph Signature) Middle Last | Date |
| _____ | 11-5-2010 |
| First (Witness Autograph Signature) Middle Last | Date |

**At the mouths of two, or at the mouths of three the matter is established.**

Registered Mail Number: **RE 515 555 328 US**

## CERTIFICATE OF NON-RESPONSE

Certificate of Non-Response
I, Dixie L. Sampson, a notary public in Salt Lake county, Utah,
do hereby say that as of *November 5th*, 2010, that there has not been any written response to Affidavit of Truth by Dale A. Kimball. Affidavit was sent Registered Mail Return Receipt Number: **RE 515 555 331 US**.

*/s/ Dixie L. Sampson*
NOTARY PUBLIC
Third Party Witness

DIXIE L. SAMPSON
Notary Public, State of Utah
Commission # 576311
My Commission Expires
October 22, 2012

Dixie L. Sampson, Notary
3688 West 9800 South, #159
South Jordan, Utah 84095