FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN 0 7 2013

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK



| HONORABLE THOMAS F. HOGAN<br>Director<br><br>JILL C. SAYENGA<br>Deputy Director | **ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS**<br><br>WASHINGTON, D.C. 20544 | CAROL S. SEFREN<br>Chief<br>Judges Compensation and Retirement<br>Services Office<br><br>Office of Human Resources |
|---|---|---|

December 27, 2012

Honorable Dale A. Kimball
United States District Court
Frank E. Moss United States Courthouse
350 South Main Street, Room 447
Salt Lake City, UT 84101

2:09-CR-285 DAK

Dear Judge Kimball:

    As the enclosed letter shows, the Judges Compensation and Retirement Services Office recently responded to a request for information relating to your Oath of Office. Our policy is not to release copies of the oath document, but instead to send the requester a letter confirming that a judge took the oath, the date the oath was taken, and the court to which the judge was appointed.

    This policy, which has been endorsed by the Judicial Conference Committee on the Judicial Branch, will ensure that personal information about judges is not disclosed in response to oath requests. If you have any questions concerning my response to this particular request, or about the policy in general, please call me at (202) 502-1880.

Sincerely,

Dan S. Jackson
Deputy Chief

Enclosure



| HONORABLE THOMAS F. HOGAN<br>Director | ADMINISTRATIVE OFFICE OF THE<br>UNITED STATES COURTS | CAROL S. SEFREN<br>Chief<br>Judges Compensation and Retirement<br>Services Office |
|---|---|---|
| JILL C. SAYENGA<br>Deputy Director | WASHINGTON, D.C. 20544 | Office of Human Resources |

December 27, 2012

Mr. Stephen L. Dean
449 E. Williams Avenue
Salt Lake City, Utah 84111

2:09-CR-285 DAK

Dear Mr. Dean:

    This is in response to your request for a copy of the oath of office form for a United States senior district judge in the District of Utah. Although the Administrative Office does not release copies of oaths, this letter confirms that the following judge has been appointed as a judge, and took the oath of office prescribed by law as noted below. The text of the oath of office for judges may be found in the United States Code at 28 U.S.C § 453 and 5 U.S.C § 3331.

| Name and Title | Oath of Office Date |
|---|---|
| Dale A. Kimball<br>Senior District Judge | November 24, 1997 |

    Please also be advised that the Freedom of Information Act does not apply to "courts of the United States," an exemption that has been construed to extend to the entire federal judicial branch including the Administrative Office of the United States Courts and the Judicial conference of the United States. See 5 U.S.C § 551 (1)(B), 552 (f).

    Thank you for your inquiry.

Sincerely,

Judges Compensation &
Retirement Services Office

---

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY